## Commonwealth ex rel. Gordon, Appellant, *v.* Myers.

Submitted March 1, 1965.

*Oscar McIntyre Gordon,* appellant, in propria persona; *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse and remand.

FLOOD, J., absent.

## Commonwealth ex rel. Harden, Appellant, *v.* Maroney.

Submitted March 8, 1965.

*John Henry Harden,* appellant, in propria persona; *Victor A. Bihl,* Assistant District Attorney, and *Martin H. Lock,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.